UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD KEIPER,

        Plaintiff,                        Case No. 2:08-cv-2194 FCD KJM

    v.                                   **O R D E R**

VOLZ TRUCKING SERVICE, LLC, et al.,

        Defendants.

---

      Each of the parties in the above-captioned case have consented to allow the assigned magistrate judge preside over the jury trial in this case pursuant to the Amended Joint Status Report filed November 18, 2008.  See 28 U.S.C. §636(c).  According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

      The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

      IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Kimberly J. Mueller.  The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case No. **2:08-cv-2194 KJM**. All currently scheduled dates presently set before Judge Damrell are hereby **VACATED**.

1 | DATED: November 18, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

6   Having also reviewed the file, I accept reference of this case for all further proceedings
7 and entry of final judgment.

9 | DATED: November 18, 2008

_____
U.S. MAGISTRATE JUDGE