IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD KEIPER,

        Plaintiff,                    No. CIV S-08-2194 KJM

    vs.

VOLZ TRUCKING SERVICE, et al.,

        Defendants.            <u>ORDER</u>

_____/

        A status conference was held in this matter on February 4, 2009 before the undersigned. Christopher Price appeared for plaintiff. Jeffrey O'Neal appeared for defendant Volz Trucking. No appearance was made for defendants Transport International Pool or Duarte. Upon consideration of the status report on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Defendant Volz Trucking stipulated that defendant Duarte was in the course and scope of employment during the subject incident. Within thirty days, plaintiff shall file proof of service of summons on defendant Duarte or dismiss said defendant.

        2. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) have been completed.

/////

1

3. Expert disclosures shall be made no later than August 14, 2009.

4. Discovery, including the hearing of discovery motions, shall be completed by October 14, 2009.  Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

5. Dispositive motions, other than discovery motions, shall be noticed to be heard by November 18, 2009.

6. The pretrial conference is set for January 20, 2010 at 10:00 a.m. before the undersigned.  Pretrial statements shall be filed in accordance with Local Rule 16-281.

7. Trial of this matter is set for April 19, 2010 at 10:00 a.m. before the undersigned.  The parties shall file trial briefs in accordance with  Local Rule 16-285.

8. This action is referred to the Voluntary Dispute Resolution Program ("VDRP").  The Clerk of Court is directed to serve a copy of this order on the court's VDRP coordinator.

DATED:   February 6, 2009.

_____
U.S. MAGISTRATE JUDGE

006
keiper.oas

2