Thomas S. Brazier, Esq./ SBN 055484
Jeffrey F. Oneal, Esq./ SBN 129072
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, California 95126-2305
Telephone: (408) 280-6800
Facsimile: (408) 275-6284

Attorneys for Defendant
VOLZ TRUCKING SERVICE, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KEIPER,<br><br>   Plaintiff,<br><br> v.<br><br><br>VOLZ TRUCKING SERVICE, LLC, EDUARDO DUARTE, TRANSPORT INTERNATIONAL POOL INC., and DOES 1 to 100, inclusive,<br><br>   Defendants. | **Case No.: 2:08-CV-02194-FCD-KJM**<br><br>**STIPULATION REGARDING PHYSICAL EXAMINATION OF PLAINTIFF RONALD KEIPER** |

THE PARTIES HERETO, THROUGH THEIR RESPECTIVE ATTORNEYS, HEREBY STIPULATE AND AGREE THAT:

  1. Plaintiff Ronald Keiper will submit to an orthopedic examination by Dr. Harry A. Khasigian at Pacific Evaluations, 5030 J Street #300, Sacramento, California, 95819, (916) 451-9505 at 12:45 p.m. on June 17, 2009.  Such examination shall include an orthopedic examination and any and all other tests which are ordinarily deemed a part of an orthopedic examination. No invasive or intrusive testing will be performed.

  2. At the time of said examination, Plaintiff Ronald Keiper shall answer all proper questions and inquiries submitted to him by the examiner, including questions regarding medical history, post and present physical complaints, medical treatment, relevant prior injuries and subsequent injuries to the

same parts of his body and diseases for the purpose of making a proper diagnosis of Plaintiff Ronald Keiper's condition.

  3. The orthopedic examination will be conducted on behalf of Defendant VOLZ TRUCKING SERVICE, LLC and Defendant VOLZ TRUCKING SERVICE, LLC will bear the costs of such examination.

  4. The parties stipulate that copies and facsimile machine copies of the signatures below shall have the same force and effect as original signatures.

IT IS SO STIPULATED.

Dated:   5-28   , 2009   ASHTON & PRICE, LLP

            By:   /s/ Christoper Price
             Christopher A. Price
             Attorneys for Plaintiff
             RONALD KEIPER

Dated:   6/3   , 2009   LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

            By:   /s/ Jeffrey F. Oneal
             Thomas S. Brazier
             Jeffery F. Oneal
             Attorneys for Defendant
             VOLZ TRUCKING SERVICE, LLC

IT IS SO ORDERED.

Dated:  June 10, 2009.

            U.S. MAGISTRATE JUDGE

STIPULATION REGARDING PHYSICAL EXAMINATION OF PLAINTIFF RONALD KEIPER