IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD KEIPER,

        Plaintiff,                No. CIV S-08-2194 KJM

  vs.

VOLZ TRUCKING LLC, et al.,

        Defendants.        <u>ORDER</u>

        /

        The court has been advised that the parties have completed the VDRP process and that the case has settled.  Dispositional documents shall be filed within sixty days.

        All dates currently set in this matter are hereby vacated.

        Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

DATED: July 13, 2009.

                                          U.S. MAGISTRATE JUDGE

006
kieper.dispo

1