1 | Thomas S. Brazier, Esq./ SBN 055484
Jeffrey F. Oneal, Esq./ SBN 129072
2 | LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
3 | San Jose, California 95126-2305
Telephone: (408) 280-6800
4 | Facsimile: (408) 275-6284

5 | Attorneys for Defendant
VOLZ TRUCKING SERVICE, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RONALD KEIPER, | Case No.: 2:08-CV-02194-FCD-KJM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |
| v. | |
| VOLZ TRUCKING SERVICE, LLC, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff RONALD EUGENE KEIPER and all defendants herein, through their respective designated counsel, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, as to all defendants, each of the parties to bear his/her/its own respective attorney's fees and costs, pursuant to FRCP 41(a)(1).

Dated:  July   9, 2009                                    Dated:  July   9, 2009


/s/ Jeffrey Oneal                                         /s/ Christopher Price
JEFFREY ONEAL, ESQ.                                       CHRISTOPHER PRICE, ESQ.
Attorney for Defendant                                    Attorney for Plaintiff
VOLZ TRUCKING SERVICES, LLC                               RONALD EUGENE KEIPER

1

ORDER

The Court, having read and considered the foregoing stipulation, based thereon, and good cause appearing, orders as follows:

Plaintiff, RONALD EUGENE KEIPER's complaint is dismissed in its entirety, with prejudice, as to all defendants, each of the parties to bear his/her/its own respective attorney's fees and costs.

IT IS SO ORDERED.

Dated: July 22, 2009.

_____
U.S. MAGISTRATE JUDGE