JAMES J. McGARRY, ESQ., SBN 92856
McGARRY & LAUFENBERG
300 North Continental Boulevard, Suite 195
El Segundo, California 90245

(310) 606-8675

Attorneys for Defendant/Cross-Complainant, TRANSPORT INTERNATIONAL POOL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KEIPER, an Individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VOLZ TRUCKING SERVICE, LLC, a limited liability Company; EDUARDO DUARTE, an individual; TRANSPORT INTERNATIONAL POOL, INC.; a Corporation and DOES 1 to 100,<br><br>　　　　Defendants. | Case No.: 2:08-CV-02194-FCD-KJM<br><br>Hon. Frank C. Damrell, Jr.<br><br>Complaint Filed: 6/30/08<br><br>**STIPULATION FOR DISMISSAL OF CROSS-COMPLAINT WITHOUT PREJUDICE [FRCP 41(a)] AND ORDER THEREON**<br><br>**Trial Date: None** |

　　TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

　　Cross-Complainant, TRANSPORT INTERNATIONAL POOL, INC. and Cross-Defendant VOLZ TRUCKING SERVICE, LLC, through their undersigned attorneys of record, stipulate as follows:

　　Cross-Complainant's Cross-Complaint is dismissed in its entirety, without prejudice, as to Cross-

1 - **STIPULATION FOR DISMISSAL OF CROSS-COMPLAINT WITH PREJUDICE [FRCP 41(a)] AND ORDER THEREON**

Defendant, VOLZ TRUCKING SERVICE, LLC and all named Cross-Defendants, the parties to bear their respective costs.

IT IS SO STIPULATED.

DATED: March 12, 2009        McGARRY & LAUFENBERG

By: /s/James J. McGarry
JAMES J. McGARRY
Attorneys for Defendant,
TRANSPORT INTERNATIONAL POOL, INC.

DATED: March 18, 2009        LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

By: /s/Jeffrey F. Oneal
JEFFREY F. ONEAL
Attorneys for Cross-Defendant, VOLZ TRUCKING SERVICE, LLC

ORDER

The court, having read and considered the foregoing stipulation, based thereon, and good cause appearing, orders as follows:

Cross-Complainant's Cross-Complaint is dismissed in its entirety, without prejudice, as to Cross-Defendant, VOLZ TRUCKING SERVICE, LLC and all named

Cross-Defendants, the parties to bear their respective costs.

   IT IS SO ORDERED.


DATED: July 23, 2009.

_____
U.S. MAGISTRATE JUDGE